IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01412-RPM

SILVIA A. ARGUELLO,

        Plaintiff,

v.

ALLEN WEINSTEIN, Archivist of the United States,
National Archives and Records Administration,

        Defendant.

---

## ORDER OF DISMISSAL

---

      Upon consideration of the Stipulated Motion to Dismiss with Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1) (Doc. #11-1), filed on June 26, 2006, it is

      ORDERED that this action is dismissed with prejudice, each party to pay its own costs and attorneys' fees.

      Dated: June 27, 2006

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge